UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARY SONG FEINSTEIN, | * | CASE NO. 3:09cv0309 |
| Individually and as the Duly Appointed Guardian for the Person and Estate of Song Nixon, an Incompetent | | Judge Thomas M. Rose |
| | * | |
| Plaintiff, | | |
| | | **DISMISSAL ENTRY** |
| v. | | **WITH PREJUDICE** |
| | * | |
| SHAHID BASHIR, M.D., ET AL. | | |
| Defendants. | | |

It appearing to the Court the parties have settled the claims, the captioned case is hereby dismissed with prejudice. The parties shall bear their own costs.

SO ORDERED.

July 12, 2012                                             s/Thomas M. Rose
                                                         JUDGE THOMAS M. ROSE


/s/ *David I. Shroyer* – via email authorization on 7/11/12
David I. Shroyer (0024099)
Colley Shroyer & Abraham Co. LPA
536 South High Street
Columbus OH 43215
Tel: 614-228-6453, Fax: 614-228-7122
e-mail: dshroyer@csalawfirm.com
Attorney for Plaintiff

/s/ *Susan Blasik-Miller*
Susan Blasik-Miller (OH05248)
Julia A. Turner (OH0076855)
FREUND, FREEZE & ARNOLD
One Dayton Centre
1 South Main Street, Suite 1800
Dayton, OH  45402-2017
Tel: (937) 222-2424, Fax: (937) 425-0285
sblasikmiller@ffalaw.com
jturner@ffalaw.com
Attorney for Defendant Community Hospital