UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MARY SONG FEINSTEIN,** | * | CASE NO. 3:09cv0309 |
| **Individually and as the Duly Appointed** | | |
| **Guardian for the Person and Estate of** | | **Judge Thomas M. Rose** |
| **Song Nixon, an Incompetent** | | |
| | * | |
| **Plaintiff,** | | |
| | | **DISMISSAL ENTRY** |
| **v.** | | **WITH PREJUDICE** |
| | * | |
| **SHAHID BASHIR, M.D., ET AL.** | | |
| **Defendants.** | | |

It appearing to the Court the parties have settled the claims, the captioned case is hereby dismissed with prejudice.  The parties shall bear their own costs.

SO ORDERED.

July 12, 2012                                        s/Thomas M. Rose
                                                     JUDGE THOMAS M. ROSE


/s/ *David I. Shroyer* – via email          /s/ *Susan Blasik-Miller*
authorization on 7/11/12                    Susan Blasik-Miller (OH05248)
David I. Shroyer (0024099)                  Julia A. Turner (OH0076855)
Colley Shroyer & Abraham Co. LPA            FREUND, FREEZE & ARNOLD
536 South High Street                       One Dayton Centre
Columbus OH 43215                           1 South Main Street, Suite 1800
Tel: 614-228-6453, Fax: 614-228-7122        Dayton, OH  45402-2017
e-mail: dshroyer@csalawfirm.com             Tel: (937) 222-2424, Fax: (937) 425-0285
Attorney for Plaintiff                      sblasikmiller@ffalaw.com
                                            jturner@ffalaw.com
                                            Attorney for Defendant Community Hospital